**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

```
FILED
MAY 13 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

MOLICKI RAESHAWN DOZIER, #367126,

    Petitioner,

v.                                           CIVIL ACTION NO. 2:08cv570

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to Petitioner's conviction on July 19, 2006, in the Circuit Court of the City of Virginia Beach, Virginia, for possession of a firearm by a convicted felon, as a result of which he was sentenced to serve a total of five (5) years imprisonment with three (3) years of post-release supervision.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The report of the Magistrate Judge was filed on April 14, 2009, denying Petitioner's motion for an evidentiary hearing and recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the magistrate judge. The Court received

no response from Petitioner or Respondent.

The Court, having reviewed the record, does hereby ADOPT AND APPROVE the findings and recommendations set forth in the report of the United States Magistrate Judge filed on April 14, 2009, and it is, therefore, ORDERED that the petition be DENIED AND DISMISSED as the claims are without merit. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this <u>final order</u> by filing a <u>written</u> notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

        /s/
Rebecca Beach Smith
United States District Judge
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

May 13, 2009

2